**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DONNA ANN BUTLER,             )
                                    )
                 Plaintiff,     )
v.                             )    Case No. 1:21-cv-5012
                                    )
INSTANT BRANDS, INC., and CORELLE)
BRANDS, LLC,                    )
                                    )
               Defendants.    )
                                    )

**JOINT STATUS REPORT**

The parties, after conducting a planning conference, hereby submit the following joint status report per FRCP 26(f):

**I.**      **The Nature of the Case**

      A.     Identify the attorneys of record for each party, including the lead trial attorney.

**For Plaintiff Donna Ann Butler**

**Michael K. Johnson, Esq., lead trial attorney (pro hac vice) and Adam Kress, Esq. (pro hac vice) of Johnson Becker, PLLC in association with Timothy Tomasik of Tomasik, Kotin & Kasserman, LLC.**

**For Defendant Instant Brands, Inc.**

**Timothy Young, lead trial attorney, and Alexandra M. Charysh of Lewis Brisbois Bisgaard & Smith.**

      B.     State the basis for federal jurisdiction.

**This matter is before the court based upon diversity jurisdiction. Plaintiff is a resident of Tennessee, and Defendant Instant Brands is a Canadian corporation. Defendant Corelle Brands is an Illinois corporation.**

      C.     Describe the nature of the claims asserted in the complaint and any counterclaims.

**Plaintiff's complaint alleges negligence, strict product liability, breach of warranty theories, violations of the Illinois Consumer Fraud and Protection Act, and punitive damages.**

D.     A statement of the major legal and factual issues in the case to be submitted by each side in 200 words or less per side. A party need not agree to the opposing party's statement.

**Plaintiff alleges that Defendant Instant Brand's pressure cooker was improperly designed to allow customers to open the lid of the pressure cooker while it was still under pressure causing the hot contents to be ejected upon customers, including plaintiff.**

**Defendant Instant Brands denies that its pressure cooker is defective and further alleges that plaintiff misused and assumed the risk involved with utilizing a pressure cooker.**

E.     Describe the relief sought by the plaintiff(s).

**Plaintiff seeks monetary damages in connection with the injuries she sustained.**

## II.    Pending Motions and Case Plan

A.     Identify the Day/Date of the Initial Status Hearing (indicate whether a telephonic or in-person hearing has been set) (*e.g.*, Wednesday, June 25, 20XX)

**An telephonic initial status hearing has been set for February 2, 2022 at 9:15 a.m.**

B.     Identify All Pending Motions

**There are no pending motions at this time.**

C.     Submit a proposal for a discovery plan, including the following information:

1.     The general type of discovery needed;

**Written Discovery, Oral Discovery and Expert Discovery.**

2.     A date to issue written discovery;

**March 4, 2022**

3.     A date for the deadline for the amendment of pleadings (90 days after Rule 26(a) disclosures are exchanged).

**July 1, 2022**

4.     A fact discovery completion date;

**April 1, 2023**

5.     An expert discovery completion date, including dates for the delivery of expert reports; and

**June 1, 2023**

6.     A date for the filing of dispositive motions.

**May 1, 2023**

D.     With respect to trial, indicate the following:

1. Whether a jury trial is requested; and

**A jury trial has been demanded.**

2. The probable length of trial

**The parties anticipate 5-7 days for a trial.**

## III.     Consent to Proceed Before a Magistrate Judge

The parties do not unanimously consent to proceed before the Magistrate Judge.

## IV.     Status of Settlement Discussions

A.     Indicate whether any settlement discussions have occurred;

**Settlement discussions have occurred between the parties and are ongoing.**

B.     Describe the status of any settlement discussions; and

**Counsels have resolved a number of suits between Instant Brands and Plaintiff's firm, and are working to obtain all the necessary facts and documents to determine whether a settlement is possible in this matter.**

C.     Whether the parties request a settlement conference.

**The parties do not request a settlement conference at this time.**

Dated: 1/27/22                          Respectfully Submitted,


/s/ Alexandra M. Charysh
Alexandra M. Charysh, #6317580
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
550 W. Adams Street, Suite 300
Chicago, IL 60661
Tel: (312) 345-1718
Fax: (312) 345-1778
alexandra.charysh@lewisbrisbois.com

*Attorney for Defendant Instant Brands*

**TOMASIK, KOTIN & KASSERMAN, LLC**
Timothy S. Tomasik
Loren Legorreta
161 N. Clark St., Suite 3050
Chicago, Illinois 60601
(312) 605-880
tim@tkklaw.com
loren@tkklaw.com

*In association with:*

**JOHNSON BECKER, PLLC**

*/s/ Adam J. Kress*
Michael K. Johnson, Esq. (MN ID #0258696)
*Pro Hac Vice to be filed*
Kenneth W. Pearson, Esq. (MN ID #016088X)
 *Pro Hac Vice to be filed*
Adam J. Kress, Esq.  (MN ID #0397289)
*Pro Hac Vice to be filed*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
akress@johnsonbecker.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing was filed with the Clerk of U.S. District Court for the Northern District of Illinois on <u>January 27, 2022</u>.  All ECF users receive electronic notification of this filing.

By: <u>   /s/ *Alexandra M. Charysh*   </u>